# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3722
L.T. Case No. 2007-CF-002076-A

_____

RODERICK D. ANDERSON,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 Appeal from the Circuit Court for Clay County.
James E. Kallaher, Judge.

Roderick D. Anderson, Crawfordville, pro se.

James Uthmeier, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.

March 19, 2026

PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, C.J., and LAMBERT and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____